**Exhibit B**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MAXIDE ACQUISITION, INC., et al.,<br><br>Debtors. | **Civil Case No. 07-cv-00383-GMS**<br><br>Chapter 11<br>Case No. 05-10429 (MFW)<br>(Jointly Administered) |
| EDWARD P. BOND, AS TRUSTEE OF THE DMX CREDITORS LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS DISTRIBUTION, LLC<br><br>Defendant. | Adv. Pro. No. 07-50638 (CSS) |

**STIPULATION OF DISMISSAL**

This "Stipulation of Dismissal" is entered into by and among Plaintiff Edward P. Bond, as Trustee of the DMX Creditors Liquidating Trust ("Plaintiff") and Defendant DreamWorks Distribution, LLC ("Defendant"), pursuant to that "Settlement and General Release Agreement" between Plaintiff and Defendant (the "Settlement Agreement").

As permitted under Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), the parties to this Stipulation of Dismissal hereby stipulate and agree that, immediately upon filing of this Stipulation of Dismissal, the above-captioned civil case will

be, and hereby is, dismissed by the Plaintiff with prejudice and without order of the Court. The dismissal of the above-captioned case shall not release or waive any of the obligations of the Parties under the Settlement Agreement. Plaintiff and Defendant shall each bear their own costs and fees. A stipulation of dismissal will also be filed in the Bankruptcy Court.

Dated: 10/12/07

DRINKER BIDDLE & REATH LLP

Howard A. Cohen (DE Bar No. 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 467-4200

*Attorneys for the Plaintiff*

Dated: 10/12/07

PEPPER HAMILTON LLP

James C. Carignan (DE Bar No. 4230)
1313 N. Market Street
Suite 5100
Wilmington, DE 19899-1709
(302) 777-6500

and

Matthew C. Heyn, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(310) 407-4000

*Attorneys for the Defendant*

**CERTIFICATE OF SERVICE**

I, James C. Carignan, hereby certify that on October 12, 2007, I caused to be served the Stipulation of Dismissal upon the following entity via regular, first-class mail.

Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Dated: October 12, 2007
Wilmington, DE

James C. Carignan (No. 4230)